UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Richard Ortiz,<br><br>　　　　　　　　Defendant. | 26-CR-226 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On July 2, 2026, the parties met before the undersigned for an initial appearance. During the proceeding, CJA Attorney Peter Quijano was **APPOINTED** to represent Mr. Ortiz. The Court also **ORDERED** that Mr. Ortiz's conditions of supervised release shall be modified to include (1) location monitoring in a manner to be determined by the Office of Probation, and (2) a curfew of 8:00 p.m. to 8:00 a.m.

The parties shall meet for a case management conference on **July 29, 2026** at **10:30 a.m.**

SO ORDERED.

Dated: July 2, 2026
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge