UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RICHARD ORTIZ,

Defendant.

26-CR-226 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 8, 2026, the Court held a status conference in this case. For reasons stated on the record during the conference, the Defendant's request to remove the ankle location monitoring condition from the terms of his supervised release is **GRANTED**.

The VOSR in this matter shall be held in obeyance pending further order of the Court.

SO ORDERED.

Dated: October 8, 2026
New York, New York

DALE E. HO
United States District Judge